FILED
DEC 19 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 4:24 CR 00474 |
| REUBEN REDD, | ) ) ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C) and 856(a)(1) and (b) |
| Defendant. | ) | **JUDGE RUIZ** |

COUNT 1
(Possession with Intent to Distribute a Fentanyl Analogue and Fentanyl,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)),

The Grand Jury charges:

1. On or about July 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant REUBEN REDD knowingly and intentionally possessed with intent to distribute 10 grams or more of a mixture and substance containing detectable amounts of para-fluorfentanyl, a fentanyl analogue and Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about July 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant REUBEN REDD knowingly and intentionally possessed with intent to distribute 40

grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT 3
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about July 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant REUBEN REDD knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4
(Using and Maintaining a Drug Premises, 21 U.S.C. §856(a)(1) and (b))

The Grand Jury further charges:

4. From in or around May, 2024 to on or about July 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant REUBEN REDD knowingly used and maintained a place located at XXX6 Montgomery Avenue NW, Warren, Ohio for the purpose of distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1) and (b).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant REUBEN REDD shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or

indirectly, as the result of the violations charged herein; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.